IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LONESTAR BIOMETRICS LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:22-cv-00240-JRG <br><br> LEAD CASE |

**UNOPPOSED MOTION TO EXTEND DEADLINES
FOR PRELIMINARY INFRINGEMENT AND INVALIDITY CONTENTIONS**

Defendants Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., and Shenzhen OnePlus Science & Technology Co., Ltd. ("Defendants") move to extend the deadline for Plaintiff to serve Preliminary Infringement Contentions (P.R. 3-1 & 3-2), Defendants' Preliminary Invalidity Contentions (P.R. 3-3 & 3-4) and Eligibility Contentions. Pursuant to the Court's Order entered on August 17, 2022 (Dkt. No. 11), Plaintiff's Preliminary Infringement Contentions are currently due on September 8, 2022. Plaintiff requests an extension of thirty-three (33 days) i.e. on or before October 10, 2022, to serve its Preliminary Infringement Contentions. The parties have also agreed and hereby request to extend the deadline for Defendants to serve their Preliminary Invalidity Contentions and Eligibility Contentions on or before December 5, 2022.

WHEREFORE, Defendants respectfully request the Court extend its deadline for Plaintiff to serve its Preliminary Infringement Contentions on or before October 10, 2022, and extend the deadline for Defendants to serve their Preliminary Invalidity Contentions and Eligibility

Contentions on or before December 5, 2022.

Counsel for Defendants have conferred with counsel for Plaintiff who is unopposed to the motion.

DATED:  September 6, 2022

Respectfully submitted,

By: */s/ Melissa R. Smith*
MELISSA R. SMITH
(Texas State Bar No. 24001351)
303 South Washington Avenue
Marshall, Texas  75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257
Email:  melissa@gillamsmithlaw.com
Email:  gil@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Company, Ltd., and*
*Samsung Electronics America, Inc.,*

*/s/ Jeffrey J. Catalano*
Jeffrey J. Catalano
IL State Bar No. 6289197
FREEBORN & PETERS, LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
312-360-6000
312-360-6520
jcatalano@freeborn.com

*Attorneys for Defendant*
*SHENZHEN ONEPLUS SCIENCE &*
*TECHNOLOGY CO., LTD.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of September 2022.

          */s/ Melissa R. Smith*
          Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

          */s/ Melissa R. Smith*
          Melissa R. Smith