# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LONESTAR BIOMETRICS LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:22-cv-00240-JRG |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR PRELIMINARY INFRINGEMENT, INVALIDITY CONTENTIONS, AND ELIGIBILITY CONTENTIONS

Before the Court is Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion to Extend Deadlines for Preliminary Infringement, Invalidity Contentions, and Eligibility Contentions. After considering same, the Court is of the opinion that the Motion should be GRANTED.